IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELLE MONDEROY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **Civil Action No.: 1:15-cv-00083-JTC** |
| | ) |
| MERCANTILE ADJUSTMENT BUREAU, LLC | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

The Parties, through undersigned counsel, hereby submit this Notice of Settlement and state that they have reached a settlement regarding this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal document with the Court. The parties anticipate filing dismissal documents within sixty (60) days.

Dated:  Englewood Cliffs, NJ
        March 18, 2015

**LAW OFFICES OF MICHAEL LUPOLOVER, P.C.**

By: __s/ Allison Polesky_____
Allison Polesky, Esq. (AP5446)
Law Offices of Michael Lupolover, P.C.
120 Sylvan Ave, Suite 300
Englewood Cliffs, NJ 07632
Phone:     201-461-0059
Facsimile: 201-608-7116
Email:     allison@lupoloverlaw.com
Attorney for the Plaintiff Angelle Monderoy