UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
ANGELLE MONDEROY,

                         Plaintiff,

    vs.

MERCANTILE ADJUSTMENT BUREAU, LLC,

                        Defendant.
-------------------------------------------------------------------

Civil Action No.
1:15-cv-00083-JTC

**NOTICE OF**
**VOLUNTARY DISMISSAL**

        Plaintiff Angelle Monderoy hereby voluntarily dismisses this action, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements or attorney's fees to either party as against the other.

        An executed faxed copy of this Stipulation shall be deemed the same as a signed original.

        This, the 13$^{h}$ day of April 2015.

        ___/s/ Allison Polesky_____
        Allison Polesky, Esq.
        Law Offices of Michael Lupolover, P.C.
        Attorneys for Plaintiff
        120 Sylvan Ave, Suite 300
        Englewood Cliffs, NJ 07632
        Tel: 201-461-0059

        DATED:   04/13/2015